UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 07863
   EDUARDO H ALBA
   AMELIA D ALBA                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
   SSN XXX-XX-7306    SSN XXX-XX-1712
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/30/07 .

2. The case was dismissed without confirmation, 08/03/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OHIO SAVINGS BANK | CURRENT MORTG | .00 | .00 | .00 |
| OHIO SAVINGS BANK | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| WISCONSIN ELECTRIC POWER | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DAVID C NELSON           , was allowed $       .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/16/07                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 07 B 07863 EDUARDO H ALBA & AMELIA D ALBA
```